# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv115

| SYNOVUS BANK, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| JANA M. OSADA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

In her Answer to Plaintiff's Complaint, Defendant asserted Counterclaims and a Third Party Complaint. Plaintiff then moved to strike the Answer and Third Party Complaint [# 10] and moved to dismiss the Counterclaims [# 12]. Within twenty-one days of the filing of the Motion to Dismiss, Defendant filed an Amended Answer, which she was allowed to do as a matter of course. See Fed. R. Civ. P. 15(a). The Amended Answer, however, supercedes the original Answer, Counterclaims, and Third Party Complaint. Accordingly, the Court **DENIES as moot** the Motion to Dismiss Counterclaims [# 12] and Motion to Strike Answer to Complaint [# 10]. The Court also **DIRECTS** the Clerk to docket the Answer to Answer [# 15] as the Amended Answer to Complaint.

Signed: August 2, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge