IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: SYNOVUS BANK/ | ) | Civil Case Nos. |
| SEVEN FALLS LITIGATION | ) | 1:11cv66; 1:11cv71; 1:11cv115; |
| | ) | 1:11cv166; 1:11cv186; 1:11cv188; |
| | ) | 1:11cv190; 1:11cv191; 1:11cv328; |
| | ) | 1:11cv330; 1:12cv210; 1:12cv215 |
| | ) | |
| _____ | ) | |

Pending before the Court is the Motion for Leave to File Motion for Leave to Present Consolidated Motions for Pro Have Vice Admission [# 77]. Synovus Bank moves for leave to file a single request for the *pro hac vice* admission of two attorneys. Upon a review of the motion and the record, the Court **DENIES** the motion [# 77]. Counsel will need to file a *pro hac vice* application and pay the applicable fees in each case where counsel intends to appear *pro hac vice*. Counsel may not file a consolidated motion.

Signed: March 12, 2013

Dennis L. Howell
United States Magistrate Judge